IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**MARTAYE ANDERSON,**

    **Petitioner,**

    v.

**WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,**

    **Respondent.**

**CASE NO. 2:17-CV-00102
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE VASCURA**

## OPINION AND ORDER

On October 26, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 10.) Although the parties were advised of the right to file an objection to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 10) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED**.

Petitioner has failed his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

                                                                                         *\s\ George C. Smith*
                                                                                       **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**